1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9

10  ELAHEH SALEHI, SHANNON BETTS,    ) Case No. 2:16-CV-000174 KJM-EFB
    and BELINDA PAINE,               )
11                                   ) **RELATED CASE ORDER**
                                     ) Related to Nos.:
12              Plaintiffs,          ) 2:13-CV-02439 JAM-EFB
                                     ) 2:14-CV-01946 JAM-EFB
13       v.                          ) 2:14-CV—01957 JAM-EFB
                                     ) 2:14-CV-01960 JAM-EFB
14                                   ) 2:14-CV-01961 JAM-EFB
    RITE AID CORPORATION, and DOES 1 ) 2:14-CV-01963 JAM-EFB
15  through 50, inclusive,           ) 2:14-CV—01965 JAM-EFB
                                     ) 1:15-CV-01721 JAM-EFB
16                                   ) 1:15-CV-01748 JAM-EFB
                Defendants.          ) 1:15-CV-01872 JAM-EFB
17                                   ) 1:15-CV-01874 JAM-EFB
                                     ) 2:15-CV-00429 JAM-EFB
18                                   ) 2:15-CV-00622 JAM-EFB
                                     ) 2:15-CV-00623 JAM-EFB
19                                   ) 2:15-CV-02150 JAM-EFB
                                     ) 2:15-CV-02396 JAM-EFB
20                                   ) 2:15-CV-02594 JAM-EFB
                                     ) 2:15-CV-02597 JAM-EFB
21                                   ) 2:16-CV-00211 JAM-EFB

22       Examination of the above-entitled actions reveals that these
23  actions are related within the meaning of Local Rule 123 (E.D. Cal.
24  2005).  Accordingly, the assignment of the matters to the same
25  judge and magistrate judge is likely to affect a substantial
26  savings of judicial effort and is also likely to be convenient for
27  the parties.
28  ///

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the District Judge assignment in the action denominated 2:16-CV-000174 KJM-EFB be reassigned to District Judge John A. Mendez for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:16-CV-000174 JAM-EFB.

IT IS SO ORDERED.

Dated:  February 5, 2016

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge