1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 983-0900
   Facsimile: (415) 397-9005
5
   Attorneys for Plaintiff
6  Bart Hilliard

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
8  PAUL HASTINGS LLP
   101 California Street, 48th Floor
9  San Francisco, California 94111
   Telephone:  (415) 856-7000
10 Facsimile:   (415) 856-7100
   jeffwohl@paulhastings.com
11 justinscott@paullhastings.com

12 Attorneys for Defendant
   Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART HILLARD, JOSHUA ROACH, GARY WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:15-CV-01748-JAM-EFB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF BART HILLIARD**<br><br>Judge:  Hon. John A. Mendez<br>Complaint Filed:  May 11, 2015 |

Plaintiff Bart Hilliard and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that plaintiff Hilliard's claims only shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: December 1, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ *Michael Righetti*

Michael Righetti
Attorneys for Plaintiff
Bart Hilliard

Dated: December 1, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
PAUL HASTINGS LLP

By: /s/ *Justin M. Scott*

Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 92081512.1

1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
3 | 456 Montgomery Street, Suite 1400
San Francisco, California 94104
4 | Telephone: (415) 983-0900
Facsimile: (415) 397-9005
5
Attorneys for Plaintiff
6 | Bart Hilliard

7 | JEFFREY D. WOHL (Cal. State Bar No. 96838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
8 | PAUL HASTINGS LLP
101 California Street, 48th Floor
9 | San Francisco, California 94111
Telephone: (415) 856-7000
10 | Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
11 | justinscott@paulhastings.com

12 | Attorneys for Defendant
Rite Aid Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART HILLARD, JOSHUA ROACH, GARY WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 1:15-CV-01748-JAM-EFB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF BART HILLIARD**<br><br>Judge: Hon. John A. Mendez<br>Complaint Filed: May 11, 2015 |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that plaintiff Bart Hilliard's claims only shall be and hereby are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees with respect to those claims.

Dated:  December 1, 2017

**/s/ JOHN A. MENDEZ**
John A. Mendez
United States District Judge