| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Gary Williams |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JUSTIN M. SCOTT (Cal. State Bar No. 302502) |
| 8 | PAUL HASTINGS LLP |
| | 101 California Street, 48th Floor |
| 9 | San Francisco, California 94111 |
| | Telephone: (415) 856-7000 |
| 10 | Facsimile: (415) 856-7100 |
| | jeffwohl@paulhastings.com |
| 11 | justinscott@paullhastings.com |
| 12 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART HILLARD, JOSHUA ROACH, GARY WILLIAMS, | No. 1:15-CV-01748-JAM-EFB |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF GARY WILLIAMS** |
| vs. | Judge: Hon. John A. Mendez |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: May 11, 2015 |
| Defendants. | |

Plaintiff Gary Williams and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that plaintiff Gary Williams's claims only shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: January 10, 2018.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ *Michael Righetti*
Michael Righetti
Attorneys for Plaintiff
Gary Williams

Dated: January 10, 2018.

JEFFREY D. WOHL
JUSTIN M. SCOTT
PAUL HASTINGS LLP

By: /s/ *Justin M. Scott*
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 92370309.1

| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Gary Williams |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JUSTIN M. SCOTT (Cal. State Bar No. 302502) |
| 8 | PAUL HASTINGS LLP |
| | 101 California Street, 48th Floor |
| 9 | San Francisco, California 94111 |
| | Telephone: (415) 856-7000 |
| 10 | Facsimile: (415) 856-7100 |
| | jeffwohl@paulhastings.com |
| 11 | justinscott@paulhastings.com |
| 12 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART HILLARD, JOSHUA ROACH, GARY WILLIAMS, | No. 1:15-CV-01748-JAM-EFB |
| Plaintiffs, | **ORDER DISMISSING WITH PREJUDICE PLAINTIFF GARY WILLIAMS** |
| vs. | Judge: Hon. John A. Mendez |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: May 11, 2015 |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that plaintiff Gary Williams's claims only shall be and hereby are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees with respect to those claims.

Dated: 1/10/2018 /s/ John A. Mendez_____
John A. Mendez
United States District Court Judge